IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RE'NAUL M. JOHNSON, a/k/a**
**ARIEL A. ADLA, # 166237,**          :

    **Plaintiff,**                  :

**vs.**                                :    **CIVIL ACTION 06-0476-KD-M**

**JAMES HALL,**                        :

    **Defendant.**                 :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 3) be and is hereby **DENIED**. It is further **ORDERED** that this action be and is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**DONE** this 7th day of February, 2008.

                                               **s/ Kristi K. DuBose**
                                               **KRISTI K. DuBOSE**
                                               **UNITED STATES DISTRICT JUDGE**